UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORLISS BEST JORDAN,

                                    Plaintiff,

                    -against-

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.

26-CV-2016 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 8, 2026, the Court directed Plaintiff to file an amended pleading within 60 days. (ECF 11.) That order specified that failure to comply would result in dismissal of the complaint for Plaintiff's failure to exhaust his administrative remedies with respect to his Social Security appeal. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), for Plaintiff's failure to exhaust his administrative remedies, without prejudice to filing a new Social Security appeal after Plaintiff has exhausted his administrative remedies.

The Court denies Plaintiff's motion for leave to file an amended complaint, which was filed before the Court's order to amend was docketed, as moot. (ECF 12.) The Clerk of Court is directed to terminate all pending motions.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    June 30, 2026
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge